MICHAEL IAN GAREY/Bar#50565
Attorney at Law
714 North Spurgeon
Santa Ana, Ca.   92701
714-834-0950
e-mail: mig995@aol.com
Attorney for Defendant
Isaias Ruiz-Rodriguez


# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | )CASE NO. <br>)2:18-cr-00087-JCM-PAL |
| Plaintiff, | ) |
| v. | )MOTION FOR PREPARATION <br>)OF PRE-PLEA REPORT AS <br>)TO CRIMINAL HISTORY; |
| ISAIAS RUIZ-RODRIGUEZ, | )DECLARATION; PROPOSED <br>)ORDER <br>) |
| Defendant. | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA, ATTN: ASSISTANT UNITED STATES ATTORNEY SUSAN CUSHMAN:

Defendant Isaias Ruiz-Rodriguez, through counsel, hereby moves the Court for an order for the preparation of a pre-plea report limited to the issue of criminal history. This motion is based on the attached declaration of counsel, and it is believed

1

that the Government does not oppose this motion.

Dated: May 16, 2018                    Respectfully Submitted,

                                       _____/S/_____

                                       Michael Ian Garey
                                       Attorney for Defendant
                                       Isaias Ruiz-Rodriguez

MICHAEL IAN GAREY/Bar #50565
Attorney At Law
714 N. Spurgeon
Santa Ana, Ca. 92701
714-834-0950
e-mail: mig995@aol.com
Attorney for Defendant
Isaias Ruiz-Rodriguez

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: |
| ) | 2:18-cr-00087-JCM-PAL |
| Plaintiff, ) | |
| ) | DECLARATION OF MICHAEL IAN |
| v. ) | GAREY |
| ) | |
| ISAIAS RUIZ-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Michael Ian Garey do hereby declare and state:

1. I am an attorney duly licensed in the State of California, and have been approved to appear as defense counsel for Defendant Isaias Ruiz-Rodriguez, *pro hac vice* in this matter;

2. Preliminary discussions re possible resolution of

3

this matter have begun, and an assessment of the Defendant's criminal history would be of assistance in confirming that he is "safety valve" eligible, pursuant to the provisions of U.S.S.G. section 5C1.2 and 18 U.S.C. 3553(f);

3. I have spoken to A.U.S.A. Susan Cushman, and believe that this motion is unopposed.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed at Santa Ana, California this 16th day of May, 2018.

___/S/_____

Michael Ian Garey

## ORDER

It is hereby ordered that the Probation Department shall prepare a pre-plea report in this matter, limited to the issue of criminal history.

Dated: May 22, 2018

Peggy A. Leen
United States Magistrate Judge